IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MUNROE REGIONAL
MEDICAL  CENTER AND
USIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellants,

CASE NO. 1D14-5057

v.

MARTA GOMEZ,

      Appellee.

_____/

Opinion filed July 7, 2015.

An appeal from an order of the Judge of Compensation Claims.
Marjorie Renee Hill, Judge.

Date of Accident: January 14, 1997.

Joseph W. Standley of Joseph W. Standley, P.A., Ocala, for Appellants.

Paul R. Pearcy of Paul R. Pearcy, P.A., Miami, for Appellee.


PER CURIAM.

     AFFIRMED.

THOMAS, WETHERELL, and RAY, JJ., CONCUR.